Eric James Coon #25665
Name and Prisoner/Booking Number

South Dakota State Penitentiary
Place of Confinement

Box 5911
Mailing Address

Sioux Falls, SD 57117-5911
City, State, Zip Code

**FILED**
**NOV 05 2014**
[signature] CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## Southern DIVISION

Eric J. Coon,
(Full Name of Plaintiff)

Plaintiff,

vs.

Dr. Mary Carpenter,
Prison Medical Provider,
Sued in her individual Capacity,

_____,
(Full Name of Each Defendant)

Defendants.

Case No. CIV. 14-4165
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**
( Jury Trial Demanded )

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

---

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   a. ☒ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
   b. ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   c. ☐ Other: (Please specify.) _____

2. Name of Plaintiff: Eric Coon
   Present mailing address: SDSP, Box 5911, Sioux Falls, SD 57117-5911
   (Failure to notify the Court of any change of address may result in dismissal of this action.)

   Institution/city where violation occurred: South Dakota State Prison

---

3. Name of first Defendant: __Dr. Mary Carpenter__. The first Defendant is employed as: __Contracted Medical Provider__ at __South Dakota State Penitentiary__.
   (Position and Title)                                              (Institution)
   This Defendant is sued in his/her: ☒ individual capacity  ☐ official capacity (check one or both)
   Explain how this Defendant was acting under color of law: _____

4. Name of second Defendant: __N/A__. The second Defendant is employed as:
   _____ at _____.
   (Position and Title)                            (Institution)
   This Defendant is sued in his/her: ☐ individual capacity  ☐ official capacity (check one or both)
   Explain how this Defendant was acting under color of law: _____

5. Name of third Defendant: __N/A__. The third Defendant is employed as:
   _____ at _____.
   (Position and Title)                            (Institution)
   This Defendant is sued in his/her: ☐ individual capacity  ☐ official capacity (check one or both)
   Explain how this Defendant was acting under color of law: _____

6. Name of fourth Defendant: __N/A__. The fourth Defendant is employed as:
   _____ at _____.
   (Position and Title)                            (Institution)
   This Defendant is sued in his/her: ☐ individual capacity  ☐ official capacity (check one or both)
   Explain how this Defendant was acting under color of law: _____

(If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.)

## B. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes  ☐ No

2. If your answer is "yes," how many lawsuits have you filed? __1__. Describe the previous lawsuits in the spaces provided below.

3. First prior lawsuit:
   a. Parties to previous lawsuit:
      Plaintiff: __Eric Coon__

CIVIL RIGHTS COMPLAINT

DSD 01-11                                                                                          Page 2 of 7

Defendants: Warden Dougla Weber Et al.

b. Court: (If federal court, identify the district; if state court, identify the county.) United States District Court, Southern Division
c. Case or docket number: N/A
d. Claims raised: Personal Property

e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending? Dismissed
f. Approximate date lawsuit was filed: 2003
g. Approximate date of disposition: 2003-04

4. Second prior lawsuit:
   a. Parties to previous lawsuit:
      Plaintiff: _____
      Defendants: _____

   b. Court: (If federal court, identify the district; if state court, identify the county.) _____

   c. Case or docket number: _____
   d. Claims raised: _____

   e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?

   f. Approximate date lawsuit was filed: _____
   g. Approximate date of disposition: _____

5. Third prior lawsuit:
   a. Parties to previous lawsuit:
      Plaintiff: _____
      Defendants: _____

   b. Court: (If federal court, identify the district; if state court, identify the county.) _____

   c. Case or docket number: _____
   d. Claims raised: _____

   e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?

   f. Approximate date lawsuit was filed: _____
   g. Approximate date of disposition: _____

(If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.)

## C. CAUSE OF ACTION

### COUNT I

1. The following constitutional or other federal right has been violated by the Defendant(s): _____
   8th Amendment Violation - Deliberate / Medical Indeference

2. Count I involves: (Check only one; if your claim involves more than one issue, each issued should be stated in a different count)
   ☒ Medical care  ☐ Access to the court  ☐ Mail
   ☐ Disciplinary proceedings  ☐ Retaliation  ☐ Exercise of religion  ☐ Property
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

   The Defendant, Dr. Carpenter failed to act on a medical procedure of an M.R.I. Which Was requested multiple Times By The prison medical Staff Through out The Three years of extreme pain. The Injury Occured Around July, 2011, after multiple Grievances, an M.R.I Was granted Feb 21, 2014. The Procedure revealed Severe Damage to The left Knee "Minescus" as well as bone fusion, Baker cists, and Cartilage Tears. This Damage Was Due To the also pro longed failure to treat the Original Problem as The Original Tear Was Discovered During Surgery. All The other Damage Was due to Continued Use of The Knee Without Repair. This neglect of medical Treatment While Knowing By Way of medical Staff medical Reports and requests of what Was needed and still Denying Further Procedures Violated my rights To properly Be medically Cared for While incarcerated. Its not as if I could Just leave and Do it my self. Had The Defendant Dr Carpenter Originally Granted The Procedure of The M.R.I Original Tear Would Have detected and Could Have been Repaired Instead further Damage to The Knee Was Created By This negligence.

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   By This Indeference and neglegence, Injury Was Created By failure to Treat or Denying Detection methods. Creating Life long Disabilities Due to Damage, With Knee replacement Surgery in the future, and limited Use.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _____

## COUNT II

1. The following constitutional or other federal right has been violated by the Defendant(s): _____
   8th Amendment Violation: Cruel and Unusual Punishment

2. Count II involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
   ☒ Medical care ☐ Access to the court ☐ Mail
   ☐ Disciplinary proceedings ☐ Retaliation ☐ Exercise of religion ☐ Property
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).
   On March 29 1996, I was sentenced To Life in Prison To be Cared for By The Department of Corrections. Around July of 2011 an injury Occured To my left Knee. Which Caused Deep Sharp pain. For 3 years Dr. Carpenter failed to treat the injury By failing to grant an M.R.I. to further Detect The medical Problem. The D.O.C is Contracted with Avera McKennan Hospital for These procedures. However, Dr. Carpenter's Job as a Private Contract Doctor, is to Over see all medical Requests from the D.O.C medical Staff.
   Failure to further treat the injury Kept me in Severe pain for over 3 years and Contributed further Damage to the Complete Knee. This Causing Back pain and Hip problems Due to Having to Compinsate with Unatural movements. This failure to treat my medical issue will Have life long Effects on my every Day activities
   Due to This Deliberate act of Indeference and Un-proffessionalism I will Suffer from pain and Suffering for The rest of my life - medical Staff requested multiple times Through out the years for The M.R.I and yet The Defendant Chose to Not treat my issue

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   Failure to treat my injured Knee Originally. Caused further Damage to The Miascus To Occure with Carhlage Tears and Bone Ware, as well as Seperation of The meniscus from the Bone.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _____

## COUNT III

1. The following constitutional or other federal right has been violated by the Defendant(s): _____
   
   Medical Malpractice and Negligence
   Supplemental (State Tort Claim) "Pendent"

2. Count III involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
   ☒ Medical care  ☐ Access to the court  ☐ Mail
   ☐ Disciplinary proceedings  ☐ Retaliation  ☐ Exercise of religion  ☐ Property
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

   Deliberately failed to provide proper Treatment and to Seek further medical Expertise and Procedure (M.R.I) On injury as Reported By D.O.C medical Doctors and Staff and as Requested multiple times Through out 3 years of Complaints by petitioner.
   
   This practice is Not the normal practice of Doctors. it is Un-ethical and Un-Proffessional as The Only Cause of The Denial of further medical Treatment as requested Would only Serve to Save money in Which Could Only be the proper Facts as There are No other reasons for The Pro-longed Delay.
   
   These Actions Created more damage and injury to The Knee and Body as Well as health issues to The Petitioner.

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   
   By Having all the Proper information and Requests By D.O.C medical Staff The Defendant Knowingly and Willingly Denied all requests for further treatment in Which Created further injury to the Knee with life long pain and Disabilities

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III?   ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _____

(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)

## D. REQUEST FOR RELIEF

State briefly what you want the Court to do for you.

Plaintiff asks This Court to grant monetary Damage in The Sum of Six Million Dollars (6,000,000) From the Defendant Doctor Mary Carpenter Health Care Provider for The Department of Corrections for the following Reasons

1.) The intentional and Knowing act of Deliberate Indifference To a Serious Medical Need and Treatment in Violation of the 8th Amend

2) 8th Amendment for Cruel and Unusual Punishment for intentional and Knowingly Denying medical Care resulting in injury and Extreme Pain for a period of 3½ years. and future

3) Medical Malpractice, failure To grant any Requests for further Procedures That Would Detect extent of injury for possible medical Treatment With full access of files, Request reports and reports of pain and injury. She Knowingly and Willingly Denied all Requests to Save money Casing injury

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   Oct 29 2014
                    DATE                                   SIGNATURE OF PLAINTIFF

_____
(Name and title or paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach additional pages. The form, however, must be completely filled in to the extent applicable.